Russell S. Bensing, for appellee.

The STATE OF OHIO, APPELLANT, *v.* VANDERHORST, APPELLEE.

[Cite as *State v. Vanderhorst,* 134 Ohio St.3d 592, 2012-Ohio-5759.]

(No. 2012–1303—Submitted December 4, 2012—Decided December 7, 2012.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Williams,* 134 Ohio St.3d 482, 2012-Ohio-5699, —— N.E.2d ——.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

O'DONNELL, J., dissents.

---

William D. Mason, Cuyahoga County Prosecuting Attorney, and Kristen L. Sobieski, Assistant Prosecuting Attorney, for appellant.

Robert L. Tobik, Cuyahoga County Public Defender, and Nathaniel McDonald, Assistant Public Defender, for appellee.

THE STATE OF OHIO, APPELLANT, *v.* DAVIS, APPELLEE.

[Cite as *State v. Davis,* 134 Ohio St.3d 592, 2012-Ohio-5761.]

(Nos. 2012–1514 and 2012–1528—Submitted December 4, 2012—Decided December 7, 2012.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Howard,* 134 Ohio St.3d 467, 2012-Ohio-5738, 983 N.E.2d 341.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.